IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY K. ROCKWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-280E |
| ) | |
| MOTION CONTROL INDUSTRIES, ) | |
| DIVISION OF CARLISLE CORPORATION, ) | |
| RETIREMENT PLAN FOR BARGAINING ) | |
| UNIT EMPLOYEES OF MOTION CONTROL ) | |
| INDUSTRIES, DIVISION OF CARLISLE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

TO:   Clerk of United States District Court
      Western District of Pennsylvania

You will please enter my appearance on behalf of the plaintiff in the above captioned action.

                            BY:  /s/ Jason Mettley
                                 Jason Mettley, Esquire
                                 Pa. I.D. #81966
                                 JUBELIRER, PASS & INTRIERI, P.C.
                                 219 Fort Pitt Boulevard
                                 Pittsburgh, Pennsylvania 15222
                                 T: (412) 281-3850
                                 F: (412) 281-1985
                                 Email: jm@jpilaw.com

                                 Attorney for Plaintiffs