IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GLENN H. OLAY,
        Plaintiff,
v.                                Civil Action No. 04-266 Erie

HENRY M. HEARNE,
        Plaintiff,
v.                                  Civil Action No. 04-276 Erie

PAUL L. PLYLER,
        Plaintiff,
v.                                  Civil Action No. 04-277 Erie

WILLIAM F. LUNDER,
        Plaintiff,
v.                                  Civil Action No. 04-278 Erie

LYNN A. RHODES,
        Plaintiff,
v.                                  Civil Action No. 04-279 Erie

TERRY K. ROCKWELL,
        Plaintiff,
v.                                  Civil Action No. 04-280 Erie

MOTION CONTROL INDUSTRIES,         Judge Maurice B. Cohill, Jr.
DIVISION OF CARLISLE CORPORATION,
RETIREMENT PLAN FOR BARGAINING
UNIT EMPLOYEES OF MOTION
CONTROL INDUSTRIES, DIVISION OF
CARLISLE CORPORATION,

        Defendants.

**VERIFICATION OF TECHNICAL FAILURE FILER'S EQUIPMENT**

Please take notice that plaintiffs were unable to file Plaintiffs' Appendix to Concise Statement of Material Facts in a timely manner because of technical difficulties. The deadline for filing the Appendix to Concise Statement of Material Facts was March 31, 2006. The reason

that I was unable to file Plaintiffs' Appendix to Concise Statement of Material Facts in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth herein.

On Friday, March 31, 2006, I attempted to file Plaintiffs' Appendix to Concise Statement of Material Facts and was not able to upload the exhibits. I was able to file all other documents related to this Appendix in a timely manner. I thought that perhaps late afternoon net traffic had bogged down the court's server and would try to file the Appendix again on Saturday, April 1, 2006, when I thought net traffic would be reduced. However, I was still not able to upload the exhibits. This is the error screen I get after the upload times out:

Parse error undefined dpf called "doc" in line doc;PickFiler('nogroup','showtermpty');Display(' Appendix to which? ');rel('misc+apndx+','o','all','pendterm','dates','docnum');DocketText('edit:crt,jud');CreateDktEntry (); - function - doc

I have copied opposing counsel with a copy of the attachments.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

JUBELIRER, PASS & INTRIERI, P.C.

BY: /s/ Jason Mettley
Jason Mettley, Esquire
Pa. I.D. 81966

219 Fort Pitt Boulevard
Pittsburgh, Pennsylvania 15222
(412) 281-3850

Attorney for Plaintiffs

2